JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HENRY RODRIGUEZ,

         Plaintiff,

    v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

         Defendant.

Case No. 2:17-cv-07374-SK

**JUDGMENT**

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: February 25, 2019

_____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE